IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHANTEL K. REDENSKY, | : | No. 1:23cv1579 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| VERIZON COMMUNICATIONS, INC., | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 15th day of October 2024, Defendant Verizon Communications' motion to compel arbitration and stay proceedings (Doc. 4) is hereby **DENIED** without prejudice.

The parties are provided sixty (60) days from the date of this order to engage in discovery, limited to the issue of the arbitration agreement. The defendant may, if it so chooses, file a new motion to compel arbitration and stay proceedings within twenty (20) days after the close of discovery on the issue.

If a second motion to compel is filed it should follow the rules regarding motions for summary judgment, including the filing of a statement of material facts, and plaintiff should file the appropriate response to the defendant's statement of material facts. See Local Rule 56.1.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court